**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: N.J.C., A MINOR : No. 644 MAL 2021
:
:
PETITION OF: R.C., NATURAL FATHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.